| | |
|---|---|
| 1 | Anthony Boskovich, SBN121198 |
| 2 | Law Offices of Anthony Boskovich |
| 3 | 28 N. First Street, 6th Floor |
| 4 | San Jose, CA 95113 |
| 5 | Tel: (408) 286-5150 |
| 6 | Fax: (408) 286-5170 |

**FILED**

2008 JUN 24 P 2:38

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING
ADR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NANCY NAVA,

              Plaintiff,

vs.

~~CITY OF SANTA CLARA,~~ et al.
OFFICER MIKE SEADLER, et al.

              Defendant.

C08 03066 PVT

CASE NO. _____

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**
(Non-prisoner cases only)

    I, NANCY NAVA, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1. Are you presently employed?    Yes _____    No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A _____    Net: N/A _____

Employer: N/A _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and

wages per month which you received.

*1982; approximately $520/week.*

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.   Business, Profession or self employment      Yes _____ No ✓

    b.   Income from stocks, bonds, or royalties?      Yes _____ No ✓

    c.   Rent payments?      Yes _____ No ✓

    d.   Pensions, annuities, or life insurance payments?      Yes _____ No ✓

    e.   Federal or State welfare payments, Social Security or other government source?      Yes ✓ No _____

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

*Social Security - $336.00/mo.*

_____

3. Are you married? Yes ✓ No _____

Spouse's Full Name: *Robert Nava (Separated)*

Spouse's Place of Employment: *Santa Clara University*

Spouse's Monthly Salary, Wages or Income:

Gross $ *Unknown*      Net $ *Unknown*

4.   a.   List amount you contribute to your spouse's support: $ *0*

    b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support: (NOTE: For minor children,

APP. TO PROC. IN FORMA PAUPERIS, Case No. _____

- 2 -

1         list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

2   None.

3

4   5.   Do you own or are you buying a home?   Yes _____   No ✓

5   Estimated Market Value: $ 0     Amount of Mortgage: $ 0

6   6.   Do you own an automobile?   Yes _____   No ✓

7   Make N/A     Year N/A   Model N/A

8   Is it financed?   Yes _____   No _____   If so, Total due: $ N/A

9   Monthly Payment:   $ N/A

10   7.   Do you have a bank account?   Yes _____   No ✓   (Do not include account numbers.)

11   Name(s) and address(es) of bank: N/A

12

13   Present balance(s):   $ N/A

14   Do you own any cash?   Yes _____   No ✓   Amount: $ N/A

15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated market

16   value.)   Yes _____   No ✓

17

18   8.   What are your monthly expenses?

19   Rent: $ 320.00     Utilities: 0

20   Food: $ 0 (Daughter buys for me)   Clothing: 0

21   Charge Accounts:

22   Name of Account     Monthly Payment     Total Owed on This Account

23   None     $ _____     $ _____

24   _____     $ _____     $ _____

25   _____     $ _____     $ _____

26   9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they

27   are payable. Do not include account numbers.)

    No

28

APP. TO PROC. IN FORMA     - 3 -
PAUPERIS, Case No. _____

1  10. Does the complaint which you are seeking to file raise claims that have been presented in other
2      lawsuits?    Yes _____    No ✓
3  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
4  they were filed.
5  N/A
6
7
8
9  I declare under the penalty of perjury that the foregoing is true and correct and understand that a false
10 statement herein may result in the dismissal of my claims.
11
12
13  4/3/08                              [signature]
        DATE                            SIGNATURE OF APPLICANT
14                                      NANCY NAVA,

- 4 -
APP. TO PROC. IN FORMA
PAUPERIS, Case No. _____