# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

ENTERED 7/2/08

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Nancy Nava | C8-3066PVT |
| DEFENDANT | TYPE OF PROCESS |
| Mike Seadler, et al | **See Below |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Officer T. Shearer c/o Santa Clara Police Department

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
601 El Camino Real, Santa Clara, CA 95050

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Law Offices of Anthony Boskovich
28 North First Street
6th Floor
San Jose, Ca 95113

| | |
|---|---|
| Number of process to be served with this Form - 285 | 4 |
| Number of parties to be served in this case | 21 |
| Check for service on U.S.A. | |

Filed
JUL - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**1. Complaint and Civil Cover Sheet
2. Application to Proceed Informa Pauperis
3. ADR Scheduling Order
4. Order re Application to Proceed Informa Pauperis

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT
*Betty Watson*

TELEPHONE NUMBER: 408-535-5513
DATE: 6/27/2008

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | No. 11 | No. 11 | | 7/2/08 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
LT. P. COOKE / SCPD

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7/3/09  Time: 2:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45 | | | $45 | | $0 |

REMARKS:

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Calfornia

| | |
|---|---|
| NANCY NAVA<br>Plaintiff<br>v.<br>MIKE SEADLER, ET AL.<br>Defendant | )<br>)<br>)  Civil Action No.   CV 08-03066 PVT<br>)<br>) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Officer T, Shearer
c/o Santa Clara Police Department
601 El Camino Real
Santa Clara, CA 95050

A lawsuit has been filed against you.

　　　Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Anthony Boskovich, Law Offices of Anthony Boskovich
28 North First Street, 6th Floor, San Jose, CA 95113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_Richard W. Wieking_
　　　　　　　　　　　　　　　　　　　　　　　　　　　Name of clerk of court

Date: ____June 27, 2008____　　　　　　　　　　　_Betty Walton_
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy clerk's signature

**EXECUTED**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __7/3/08__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       __LT. P. COOKE__ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __7/3/08__                         _____
                                                     Server's signature

                                                 __K LEONG / DUSM__
                                                 Printed name and title

                                                 __USMS  S. JOSE, CA__
                                                 Server's address

**EXECUTED**