UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANCY NAVA, | Case No.: C 08-3066 PVT |
| Plaintiff, | **CASE MANAGEMENT CONFERENCE ORDER** |
| v. | |
| CITY OF SANTA CLARA, et al., | |
| Defendants. | |

On October 7, 2008, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is December 8, 2008.

IT IS FURTHER ORDERED that the following modifications are made to the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure:

1. Defendants may propound up to 30 interrogatories to Plaintiff. Plaintiff may propound up to 30 interrogatories to a reasonable number of Defendants. If the parties cannot agree on the number of Defendant to whom Plaintiff may propound interrogatories, either party may file a motion to modify this order on two weeks notice. Any opposition will be due one week before the hearing. No reply shall be filed absent leave of court.

2. Each side may take up to 5 non-party depositions. Defendants may take Plaintiff's deposition and Plaintiff may take a 30(b)(6) deposition

of the City of Santa Clara.  The parties shall meet and confer regarding the number of depositions (or alternatively the total number of hours of deposition) that Plaintiff may take of the Defendants *other than* the City of Santa Clara.  If the parties cannot agree on an appropriate limitation on the depositions of such other Defendants, either party may file a motion to modify this order on two weeks notice.  Any opposition will be due one week before the hearing.  No reply shall be filed absent leave of court.

IT IS FURTHER ORDERED that the parties shall participate in court-sponsored Early Neutral Evaluation.  The parties shall promptly contact the court's ADR department to make the appropriate arrangements.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Fact Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3/16/09

Designation of Experts with Reports. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4/17/09

Designation of Rebuttal Experts with Reports.. . . . . . . . . . . . . . . . . . . . . . . . . . . . 4/30/09

Expert Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5/15/09

Deadline(s) for Filing Discovery Motions. . . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 26-2

Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . . . . . . . . . . . . 10:00 a.m. on 5/19/09

Final Pretrial Conference. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on 6/30/09

Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on 7/13/09

IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (Rev. June 2008), a copy of which is available from the clerk of the court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: *10/7/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1]   This is the last date for *hearing* dispositive motions.  Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2]   A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes 06/10/08."