# IN THE UNITED STATES DISTRICT COURT

# NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY NAVA,<br><br>    Plaintiff,<br><br>vs.<br><br>MIKE SEADLER, et al.,<br><br>    Defendants.<br>_____ | Case No. C08 03066 PVT<br><br>**ORDER CONTINUING TRIAL DATE, TIME TO COMPLETE DISCOVERY, AND OTHER ASSOCIATED DATES**<br><br>**Courtroom: 5 (4th Floor)** |

THE PARTIES HAVING STIPULATED, the Court hereby vacates the schedule set forth in the Case Management Conference Order filed October 8, 2008, and hereby ORDERS the following trial and scheduling dates:

| | |
|---|---|
| Fact Discovery Cutoff | July 17, 2009 |
| Designation of Experts With Reports | July 31, 2009 |
| Designation of Rebuttal Experts With Reports | August 14, 2009 |
| Expert Discovery Cutoff | August 28, 2009 |
| Deadline for Filing Discovery Motions | *See* Civil Local Rule 26-2 |
| Last Day for Hearing Dispositive Motions | September 1, 2009 at 10:00 am |
| Final Pretrial Conference | October 6, 2009 at 2:00 pm |
| Jury Trial Date | October 19, 2009 at 9:30 am |

IT IS FURTHER ORDERED that all other provisions of the October 8, 2008 Case Management Conference Order remain in effect.

DATED: _3/20/09_

*(signature)*
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE