1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12   NANCY NAVA,                    )      Case No.: C 08-3066 PVT
                                    )
13              Plaintiff,          )      **ORDER CONTINUING TRIAL DATE,**
                                    )      **TIME TO COMPLETE DISCOVERY,**
14       v.                         )      **AND OTHER ASSOCIATED DATES**
                                    )
15   CITY OF SANTA CLARA, et al.,   )
                                    )
16              Defendants.         )
                                    )
17   _____    )

18          On July 1, 2009, the parties filed a Stipulated Request for Order Continuing Time to

19   Complete Discovery and Other Associated Dates.  The court is not available on the hearing date

20   requested for dispositive motions.  Also, the requested schedule does not allow enough time between

21   the dispositive motion hearing date and the pretrial conference date.[1]  Therefore, based on the

22   parties' stipulation, the court's calendar, and the file herein,

23          IT IS HEREBY ORDERED that trial and scheduling dates are continued as follows:

24
| Fact Discovery Cutoff | August 21, 2009 |
| --- | --- |
| Designation of Experts With Reports | August 28, 2009 |

26

27       [1]      Pursuant to this court's standing order, certain pretrial submissions will be due two weeks before
28   the Pretrial Conference.  If the court adopted the requested schedule, the parties would be required to file pretrial
     submissions on the same day as the dispositive motions hearing.  This would require the parties to prepare their
     pretrial submissions before the court rules on any dispositive motions.

| Designation of Rebuttal Experts With Reports | September 4, 2009 |
|---|---|
| Expert Discovery Cutoff | September 18, 2009 |
| Deadline for Filing Discovery Motions | *See* Civil Local Rule 26-2 |
| Last Day for Hearing Dispositive Motions | September 29, 2009 at 10:00 a.m. |
| Final Pretrial Conference | November 3, 2009 at 2:00 p.m. |
| Jury Trial | November 9, 2009 at 9:30 a.m. |

IT IS FURTHER ORDERED that if the continued hearing or trial dates create a scheduling conflict for any of the parties or their counsel, within two weeks of this order counsel shall meet and confer regarding an alternate date and inform the court of their joint or respective proposals for an alternate date(s).

IT IS FURTHER ORDERED that all other provisions of the October 8, 2008 Case Management Conference Order remain in effect.

Dated: *July 2, 2009*

PATRICIA V. TRUMBULL
United States Magistrate Judge