JON A. HEABERLIN (SBN 199810)
**RANKIN, LANDSNESS, LAHDE,**
  **SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California  95112
(408) 293-0463

Attorneys for Defendant
CITY OF SANTA CLARA

# IN THE UNITED STATES DISTRICT COURT

## NORTHER DISTRICT OF CALIFORNIA

NANCY NAVA,

        Plaintiff,

vs.

MIKE SEADLER, individually and in his capacity as a Santa Clara police officer; CLYDE CHENG, individually and in his capacity as a Santa Clara police officer, ALEX TORKE, individually and in his capacity as a Santa Clara police officer; A. WOLF, individually and in his capacity as a Santa Clara police officer; S. MAJOROS, individually and in his capacity as a Santa Clara police officer; T. SHEARER, individually and in his capacity as a Santa Clara police officer; J. FANUCCHI, individually and in his capacity as a Santa Clara police officer; T. NIESEN, individually and in his capacity as a Santa Clara police officer; M. OVER, individually and in his capacity as a Santa Clara police officer; DAN WINTER, individually and in his capacity as a Santa Clara police officer; A. LANGE, individually and in his capacity as a Santa Clara police officer; R. CIRAULO, individually and in his capacity as a Santa Clara police officer; J. MASTILOCK, individually and in his capacity as a Santa Clara police officer; A. LAYTON, individually and in his capacity as a Santa Clara police officer; J. GREEN, individually

Case No. C08 03066 PVT

**ORDER CONTINUING TRIAL DATE, TIME TO COMPLETE DISCOVERY, AND OTHER ASSOCIATED DATES, AS MODIFIED BY THE COURT**

**Courtroom:  5 (4th Floor)**

| | |
|---|---|
| and in his capacity as a Santa Clara police officer; D. RUSH, individually and in his capacity as a Santa Clara police officer; F. SAUNDERS, individually and in his capacity as a Santa Clara police officer; D. MACHADO, individually and in his capacity as a Santa Clara police officer; J. OLIVER, individually and in his capacity as a Santa Clara police officer; B. STERKEL, individually and in his capacity as a Santa Clara police officer; JOHN DOE and RICHARD ROE, individually and in their capacities as Santa Clara police officers, the true names and exact numbers of whom are unknown at this time; CITY OF SANTA CLARA, a municipal corporation,<br><br>    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

THE PARTIES HAVING STIPULATED, the Court hereby vacates the current trial date of November 9, 2009 and its prior Case Management Order(s), and hereby ORDERS the following trial and scheduling dates:

| | |
|---|---|
| Fact Discovery Cutoff | November 10, 2009 |
| Designation of Experts With Reports | November 24, 2009 |
| Designation of Rebuttal Experts With Reports | December 8, 2009 |
| Expert Discovery Cutoff | December 18, 2009 |
| Deadline for Filing Discovery Motions | *See* Civil Local Rule 26-2 |
| Last Day for Hearing of Dispositive Motions | January 5, 2010, at 10:00 a.m. |
| Final Pretrial Conference | February 16, 2010, at 2:00 p.m. |
| Jury Trial Date | March 1, 2010, at 9:30 a.m. |

DATED: ____8/3/09____

_Patricia V. Trumbull_
MAGISTRATE JUDGE OF THE UNITED STATE DISTRICT COURT