1  JON A. HEABERLIN (SBN 199810)
   **RANKIN, LANDSNESS, LAHDE,**
2    **SERVERIAN & STOCK**
   96 No. Third Street, Suite 500
3  San Jose, California  95112
   (408) 293-0463
4

5  Attorneys for Defendant
   CITY OF SANTA CLARA
6

7
            IN THE UNITED STATES DISTRICT COURT
8
              NORTHER DISTRICT OF CALIFORNIA
9

10 | NANCY NAVA,                                    ) Case No. C08 03066 PVT
   |                                                )
11 |        Plaintiff,                              ) **ORDER CONTINUING TRIAL DATE, TIME**
   |                                                ) **TO COMPLETE DISCOVERY, AND OTHER**
12 | vs.                                            ) **ASSOCIATED DATES**
   |                                                )
13 | MIKE SEADLER, individually and in               ) **Courtroom:**       5 (4th Floor)
   | his capacity as a Santa Clara police            ) **Old Trial Date:**  March 1, 2010
14 | officer; CLYDE CHENG, individually              ) **New Trial Date:**  June 14, 2010
   | and in his capacity as a Santa Clara            )
15 | police officer, ALEX TORKE,                     )
   | individually and in his capacity as a           )
16 | Santa Clara police officer; A. WOLF,            )
   | individually and in his capacity as a           )
17 | Santa Clara police officer; S.                  )
   | MAJOROS, individually and in his                )
18 | capacity as a Santa Clara police                )
   | officer; T. SHEARER, individually               )
19 | and in his capacity as a Santa Clara            )
   | police officer; J. FANUCCHI,                    )
20 | individually and in his capacity as a           )
   | Santa Clara police officer; T.                  )
21 | NIESEN, individually and in his                 )
   | capacity as a Santa Clara police                )
22 | officer; M. OVER, individually and in           )
   | his capacity as a Santa Clara police            )
23 | officer; DAN WINTER, individually               )
   | and in his capacity as a Santa Clara            )
24 | police officer; A. LANGE, individually          )
   | and in his capacity as a Santa Clara            )
25 | police officer; R. CIRAULO,                     )
   | individually and in his capacity as a           )
26 | Santa Clara police officer; J.                  )
   | MASTILOCK, individually and in his              )
27 | capacity as a Santa Clara police                )
   | officer; A. LAYTON, individually and            )
28 | in his capacity as a Santa Clara                )
   | police officer; J. GREEN, individually          )
   | and in his capacity as a Santa Clara            )

                                        1
Order Continuing Time to Complete Discovery and Other Associates Dates - Case No. 08-03066 PVT

police officer; D. RUSH, individually and in his capacity as a Santa Clara police officer; F. SAUNDERS, individually and in his capacity as a Santa Clara police officer; D. MACHADO, individually and in his capacity as a Santa Clara police officer; J. OLIVER, individually and in his capacity as a Santa Clara police officer; B. STERKEL, individually and in his capacity as a Santa Clara police officer; JOHN DOE and RICHARD ROE, individually and in their capacities as Santa Clara police officers, the true names and exact numbers of whom are unknown at this time; CITY OF SANTA CLARA, a municipal corporation,

        Defendants.

THE PARTIES HAVING STIPULATED, the Court hereby vacates the current trial date of March 1, 2010 and its prior Case Management Order(s), and hereby ORDERS the following trial and scheduling dates:

| | |
|---|---|
| Fact Discovery Cutoff | March 19, 2010 |
| Designation of Experts With Reports | March 26, 2010 |
| Designation of Rebuttal Experts With Reports | April 9, 2010 |
| Expert Discovery Cutoff | April 16, 2010 |
| Deadline for Filing Discovery Motions | *See* Civil Local Rule 26-2 |
| Last Day for Hearing of Dispositive Motions | April 30, 2010, at 10:00 a.m. |
| Final Pretrial Conference | May 25, 2010, at 2:00 p.m. |
| Jury Trial Date | June 14, 2010, at 9:30 a.m. |

DATED: 11/30/09

                                          /s/ Patricia V. Trumbull
                                          MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT