1  JON A. HEABERLIN (SBN 199810)
   **RANKIN, LANDSNESS, LAHDE,**
2     **SERVERIAN & STOCK**
   96 No. Third Street, Suite 500
3  San Jose, California  95112
   (408) 293-0463
4

5  Attorneys for Defendant
   CITY OF SANTA CLARA
6

7
                    **IN THE UNITED STATES DISTRICT COURT**
8
                    **NORTHER DISTRICT OF CALIFORNIA**
9

10 NANCY NAVA,                              )    Case No. C08 03066 PVT
                                            )
11        Plaintiff,              )    **ORDER CONTINUING TRIAL DATE, TIME**
                                            )    **TO COMPLETE DISCOVERY, AND OTHER**
12 vs.                                      )    **ASSOCIATED DATES** AS MODIFIED BY THE
                                            )    COURT
13 MIKE SEADLER, individually and in       )    **Courtroom:**     **5 (4th Floor)**
   his capacity as a Santa Clara police    )    **Former Trial:**  **June 14, 2010**
14 officer; CLYDE CHENG, individually       )    **New Trial:**     **September 13, 2010**
   and in his capacity as a Santa Clara    )
15 police officer, ALEX TORKE,             )
   individually and in his capacity as a   )
16 Santa Clara police officer; A. WOLF,    )
   individually and in his capacity as a   )
17 Santa Clara police officer; S.          )
   MAJOROS, individually and in his        )
18 capacity as a Santa Clara police        )
   officer; T. SHEARER, individually       )
19 and in his capacity as a Santa Clara    )
   police officer; J. FANUCCHI,            )
20 individually and in his capacity as a   )
   Santa Clara police officer; T.          )
21 NIESEN, individually and in his         )
   capacity as a Santa Clara police        )
22 officer; M. OVER, individually and in   )
   his capacity as a Santa Clara police    )
23 officer; DAN WINTER, individually       )
   and in his capacity as a Santa Clara    )
24 police officer; A. LANGE, individually  )
   and in his capacity as a Santa Clara    )
25 police officer; R. CIRAULO,             )
   individually and in his capacity as a   )
26 Santa Clara police officer; J.          )
   MASTILOCK, individually and in his      )
27 capacity as a Santa Clara police        )
   officer; A. LAYTON, individually and    )
28 in his capacity as a Santa Clara        )
   police officer; J. GREEN, individually  )
   and in his capacity as a Santa Clara    )

1  police officer; D. RUSH, individually )
   and in his capacity as a Santa Clara )
2  police officer; F. SAUNDERS, )
   individually and in his capacity as a )
3  Santa Clara police officer; D. )
   MACHADO, individually and in his )
4  capacity as a Santa Clara police )
   officer; J. OLIVER, individually and in )
5  his capacity as a Santa Clara police )
   officer; B. STERKEL, individually and )
6  in his capacity as a Santa Clara )
   police officer; JOHN DOE and )
7  RICHARD ROE, individually and in )
   their capacities as Santa Clara police )
8  officers, the true names and exact )
   numbers of whom are unknown at )
9  this time; CITY OF SANTA CLARA, )
   a municipal corporation, )
10                                           )
                     Defendants. )
11                                           )
   _____ )
12

13       THE PARTIES HAVING STIPULATED, the Court hereby vacates the current trial

14  date of June 14, 2010 and its prior Case Management Order(s), and hereby ORDERS the

15  following trial and scheduling dates

| Fact Discovery Cutoff | June 18, 2010 |
|---|---|
| Designation of Experts With Reports | July 2, 2010 |
| Designation of Rebuttal Experts With Reports | July 9, 2010 |
| Expert Discovery Cutoff | July 16, 2010 |
| Deadline for Filing Discovery Motions | *See* Civil Local Rule 26-2 |
| Last Day for Hearing of Dispositive Motions | July 30, 2010, at 10:00 a.m. |
| Final Pretrial Conference | August 24, 2010, at 2:00 p.m. |
| Jury Trial Date | September 13, 2010, at 9:30 a.m. |

DATED:    3/16/10

*Patricia V. Trumbull*
MAGISTRATE JUDGE OF THE UNITED
STATE DISTRICT COURT

Order Continuing Trial Date, Time to Complete Discovery, and Other Associates Dates - Case No. 08-03066
PVT