UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANCY NAVA,<br><br>       Plaintiff,<br><br>   v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>       Defendants. | Case No.: C 08-3066 PVT<br><br>**ORDER SETTING STATUS CONFERENCE** |

On June 7, 2009, the parties filed a Further Stipulated Request for Order Continuing Trial Date, Time to Complete Discovery and Other Associated Dates.  The trial dates in this case have already been continued several times.  Rather than simply extend the dates another 3 months, the court prefers to schedule a status conference at this time.  Therefore, based on the request and the file herein,

IT IS HEREBY ORDERED that the parties shall appear for a status conference at 2:00 p.m. on June 29, 2010.

Dated: *June 11, 2010*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*