UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANCY NAVA,<br><br>           Plaintiff,<br><br>     v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>           Defendants. | Case No.: C 08-3066 PVT<br><br>**ORDER RE DEFENDANTS'**<br>**DEFECTIVE NOTICE OF MOTION**<br>**FOR SUMMARY JUDGMENT** |

On September 17, 2010, Defendants noticed a motion for summary judgment for Friday, October 22, 2010. Chambers staff informed Defense counsel that, pursuant to this court's standing orders, motions in civil cases must be noticed on the court's Tuesday law and motion calendar. Defense counsel has not yet renoticed the motion for a Tuesday at 10:00 a.m. Therefore,

IT IS HEREBY ORDERED that no later than November 16, 2010, Defendants shall either re-notice their motion for summary judgment for a Tuesday at 10:00 a.m., or else shall file a notice withdrawing the motion.

Dated:  *November 2, 2010*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*