JON A. HEABERLIN (SBN 199810)
**RANKIN, LANDSNESS, LAHDE,**
  **SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California 95112
(408) 293-0463

Attorneys for Defendants
CITY OF SANTA CLARA, et al.

IN THE UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY NAVA, | Case No. C08 03066 PVT |
| Plaintiff, | **ORDER VACATING TRIAL DATES AND SETTING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| MIKE SEADLER, individually and in his capacity as a Santa Clara police officer; CLYDE CHENG, individually and in his capacity as a Santa Clara police officer, ALEX TORKE, individually and in his capacity as a Santa Clara police officer; A. WOLF, individually and in his capacity as a Santa Clara police officer; S. MAJOROS, individually and in his capacity as a Santa Clara police officer; T. SHEARER, individually and in his capacity as a Santa Clara police officer; J. FANUCCHI, individually and in his capacity as a Santa Clara police officer; T. NIESEN, individually and in his capacity as a Santa Clara police officer; M. OVER, individually and in his capacity as a Santa Clara police officer; DAN WINTER, individually and in his capacity as a Santa Clara police officer; A. LANGE, individually and in his capacity as a Santa Clara police officer; R. CIRAULO, individually and in his capacity as a Santa Clara police officer; J. MASTILOCK, individually and in his capacity as a Santa Clara police officer; A. LAYTON, individually and in his capacity as a Santa Clara police officer; J. GREEN, individually and in his capacity as a Santa Clara | **Vacated Trial:** December 6, 2010<br>**New CMC:** January 11, 2011, 2:00 p.m. |

| | |
|---|---|
| police officer; D. RUSH, individually and in his capacity as a Santa Clara police officer; F. SAUNDERS, individually and in his capacity as a Santa Clara police officer; D. MACHADO, individually and in his capacity as a Santa Clara police officer; J. OLIVER, individually and in his capacity as a Santa Clara police officer; B. STERKEL, individually and in his capacity as a Santa Clara police officer; JOHN DOE and RICHARD ROE, individually and in their capacities as Santa Clara police officers, the true names and exact numbers of whom are unknown at this time; CITY OF SANTA CLARA, a municipal corporation,<br><br>            Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

THE PARTIES HAVING STIPULATED, the Court hereby vacates the current trial date of December 6, 2010 and schedules a Case Management Conference for January 11, 2011, at 2:00 p.m. in Courtroom 5. The Pretrial Conference set for November 16, 2010 shall be vacated as well. Defendants shall re-notice their *Motion for Summary Judgment* forthwith.

DATED: __11/10/10__                              _____
                                                                MAGISTRATE JUDGE OF THE UNITED
                                                                STATE DISTRICT COURT