1 | Anthony Boskovich, No. 121198
Boskovich & Appleton
2 | 28 N. First Street, 6th Floor
San Jose, California 95113-1210
3
4 | (408) 286-5150
policemisconduct@compuserve.com
5
6 | Attorney for plaintiff NANCY NAVA

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| NANCY NAVA,<br>  *Plaintiff,*<br>v.<br><br>MIKE SEADLER, individually and in his capacity as a Santa Clara police officer; CLYDE CHENG, individually and in his capacity as a Santa Clara police officer; ALEX TORKE, individually and in his capacity as a Santa Clara police officer; A. WOLF, individually and in his capacity as a Santa Clara police officer; S. MAJOROS, individually and in his capacity as a Santa Clara police officer; T. SHEARER, individually and in his capacity as a Santa Clara police officer; J. FANUCCHI, individually and in his capacity as a Santa Clara police officer; T. NIESEN, individually and in his capacity as a Santa Clara police officer; M. OVER, individually and in his capacity as a Santa Clara police officer; DAN WINTER, individually and in his capacity as a Santa Clara police sergeant; A. LANGE, individually and in his capacity as a Santa Clara police officer; R. CIRAULO, individually and in his capacity as a Santa Clara police officer; J. MASTILOCK, individually and in his capacity as a Santa Clara police officer; A. LAYTON, individually and in his capacity as a Santa Clara police officer; J. GREEN, individually and in his capacity as a Santa Clara police officer; D. RUSH, individually and in his capacity as a Santa Clara police officer; F. SAUNDERS, individually and in his capacity as a Santa Clara | No. C 08 03066 PSG<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND BRIEFING FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Stipulation and [Proposed] Order re Motion for Summary Judgment                                                                Page 1

1  police officer; D. MACHADO, individually and
in his capacity as a Santa Clara police officer;
2  J. OLIVER, individually and in his capacity as a
Santa Clara police officer; B. STERKEL,
3  individually and in his capacity as a Santa Clara
police officer; MARK SCHALLER,
4  individually and in his capacity as a Santa Clara
police officer; JOHN DOE and RICHARD ROE,
5  individually and in their capacities as Santa Clara
police officers, the true names and exact numbers
6  of whom are unknown at this time; CITY OF
SANTA CLARA, a municipal corporation,
7                                                                                  *Defendants.*

9    Pursuant to Northern District of California Rule 7-7, **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, that the hearing on the Motion for Summary Judgment filed by defendants in this matter, which is currently set for hearing on 11 January 2011 at 10:00 A.M. before the Honorable Paul Grewal be continued 3 weeks to 1 February 2011 before the Honorable Paul Grewal in Courtroom 5.  The purpose of this stipulation is to allow plaintiff time to prepare his opposition to the motion after the holidays.  With the exception of expert discovery, all discovery is complete and this case ready to be set for trial at the case management conference set for 11 January 2011 at the court's earliest convenience.

    Plaintiff's opposition shall be due 21 days prior to the hearing, and defendants' reply, if any, shall be due 14 days prior to the hearing.

Dated: 17 December 2010


                              /s/ Anthony Boskovich
                              _____
                                  Attorney for Plaintiff

//

//

//

Stipulation and [Proposed] Order re Motion for Summary Judgment                                                     Page 2

1 | Dated: 17 December 2010

/s/ Jon Heaberlin
_____
Attorney for Defendants

**ORDER**

Pursuant to the above stipulation, it is hereby ordered that the hearing on defendants' motion for summary judgment is continued to 1 February 2011 at 10:00 A.M. in Courtroom 5. Plaintiff shall file any opposition 21 days in advance of that date, and defendants shall file any reply 14 days in advance of that date.

Dated: December 22, 2010

_Paul S. Grewal_____
Magistrate Judge of the United States District Court

Stipulation and [Proposed] Order re Motion for Summary Judgment          Page 3