UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANCY NAVA,<br><br>        Plaintiff,<br><br>   v.<br><br>MIKE SEADLER, et al.,<br><br>        Defendants. | Case No.: C 08-03066 PSG<br><br>**ORDER SETTING DEADLINE FOR DEFENDANT TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On September 17, 2010, Defendants filed a motion for summary judgment. As a result, each party was required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge, no later than September 24, 2010. *See* Civ. L.R. 73-1(a)(2). Defendant Mark Schaller ("Schaller") has neither consented nor requested reassignment. Thus,

IT IS HEREBY ORDERED that no later than January 18, 2011, Schaller shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court or from the Forms (Civil) section of the court's website at www.cand.uscourts.gov.

Dated: January 11, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER