UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANCY NAVA,<br><br>             Plaintiff,<br>     v.<br><br>MIKE SEADLER, ET AL.,<br><br>             Defendants. | Case No.: 08-CV-3066-PSG<br><br>SCHEDULING ORDER SETTING STATUS CONFERENCE FOR PURPOSES OF SCHEUDULING TRIAL |

Pursuant to the parties' request to continue the June 13, 2011 trial date, the court will hold a teleconference for the purposes of scheduling a new trial date. The parties are directed to contact Oscar Rivera, courtroom deputy to the undersigned, to find arrange for the conference call, which shall take place no later than May 10, 2011 at 5 p.m.

**IT IS SO ORDERED.**

Dated: May 9, 2011

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 08-3066
ORDER