1  JON A. HEABERLIN (SBN 199810)
   **RANKIN, LANDSNESS, LAHDE,**
2    **SERVERIAN & STOCK**
   96 No. Third Street, Suite 500
3  San Jose, California 95112
   (408) 293-0463
4
   Attorneys for Defendant
5  CITY OF SANTA CLARA

6

7               IN THE UNITED STATES DISTRICT COURT

8               NORTHER DISTRICT OF CALIFORNIA

9
   NANCY NAVA,                        )  Case No. C08 03066 PVT
10                                    )
          Plaintiff,                  )  **ORDER PERMITTING DISMISSAL OF**
11                                    )  **DEFENDANT CLYDE CHENG**
   vs.                                )
12                                    )
   MIKE SEADLER, individually and in  )
13 his capacity as a Santa Clara police )
   officer; CLYDE CHENG, individually )
14 and in his capacity as a Santa Clara )
   police officer, ALEX TORKE,        )
15 individually and in his capacity as a )
   Santa Clara police officer; A. WOLF, )
16 individually and in his capacity as a )
   Santa Clara police officer; S.     )
17 MAJOROS, individually and in his   )
   capacity as a Santa Clara police   )
18 officer; T. SHEARER, individually  )
   and in his capacity as a Santa Clara )
19 police officer; J. FANUCCHI,       )
   individually and in his capacity as a )
20 Santa Clara police officer; T.     )
   NIESEN, individually and in his    )
21 capacity as a Santa Clara police   )
   officer; M. OVER, individually and in )
22 his capacity as a Santa Clara police )
   officer; DAN WINTER, individually  )
23 and in his capacity as a Santa Clara )
   police officer; A. LANGE, individually )
24 and in his capacity as a Santa Clara )
   police officer; R. CIRAULO,        )
25 individually and in his capacity as a )
   Santa Clara police officer; J.     )
26 MASTILOCK, individually and in his )
   capacity as a Santa Clara police   )
27 officer; A. LAYTON, individually and )
   in his capacity as a Santa Clara   )
28 police officer; J. GREEN, individually )
   and in his capacity as a Santa Clara )
   police officer; D. RUSH, individually )

1
Order Permitting Dismissal of Defendant Clyde Cheng - Case No. 08-03066 PVT

and in his capacity as a Santa Clara police officer; F. SAUNDERS, individually and in his capacity as a Santa Clara police officer; D. MACHADO, individually and in his capacity as a Santa Clara police officer; J. OLIVER, individually and in his capacity as a Santa Clara police officer; B. STERKEL, individually and in his capacity as a Santa Clara police officer; JOHN DOE and RICHARD ROE, individually and in their capacities as Santa Clara police officers, the true names and exact numbers of whom are unknown at this time; CITY OF SANTA CLARA, a municipal corporation,

Defendants.

THE PARTIES HAVING STIPULATED, the Court hereby orders:

1. Defendant CLYDE CHENG shall be dismissed.

2. The parties shall continue good faith efforts as trial approaches to dismiss other individual defendants having no direct involvement with the contact at issue alleged by Plaintiff.

DATED: 8/4/201.

MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT