JON A. HEABERLIN (SBN 199810)
**RANKIN, LANDSNESS,  LAHDE,**
   **SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California  95112
(408) 293-0463

Attorneys for Defendants
CITY OF SANTA CLARA, et al.

### IN THE UNITED STATES DISTRICT COURT

### NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY NAVA,<br><br>              Plaintiff,<br><br>vs.<br><br>MIKE SEADLER, individually and in his capacity as a Santa Clara police officer; CLYDE CHENG, individually and in his capacity as a Santa Clara police officer, ALEX TORKE, individually and in his capacity as a Santa Clara police officer; A. WOLF, individually and in his capacity as a Santa Clara police officer; S. MAJOROS, individually and in his capacity as a Santa Clara police officer; T. SHEARER, individually and in his capacity as a Santa Clara police officer; J. FANUCCHI, individually and in his capacity as a Santa Clara police officer; T. NIESEN, individually and in his capacity as a Santa Clara police officer; M. OVER, individually and in his capacity as a Santa Clara police officer; DAN WINTER, individually and in his capacity as a Santa Clara police officer; A. LANGE, individually and in his capacity as a Santa Clara police officer; R. CIRAULO, individually and in his capacity as a Santa Clara police officer; J. MASTILOCK, individually and in his capacity as a Santa Clara police officer; A. LAYTON, individually and in his capacity as a Santa Clara police officer; J. GREEN, individually and in his capacity as a Santa Clara | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No. C08 03066 PSG<br><br>**ORDER DISMISSING PUNITIVE DAMAGES CLAIMS** |

| | |
|---|---|
| 1   police officer; D. RUSH, individually | ) |
|      and in his capacity as a Santa Clara | ) |
| 2   police officer; F. SAUNDERS, | ) |
|      individually and in his capacity as a | ) |
| 3   Santa Clara police officer; D. | ) |
|      MACHADO, individually and in his | ) |
| 4   capacity as a Santa Clara police | ) |
|      officer; J. OLIVER, individually and in | ) |
| 5   his capacity as a Santa Clara police | ) |
|      officer; B. STERKEL, individually and | ) |
| 6   in his capacity as a Santa Clara | ) |
|      police officer; JOHN DOE and | ) |
| 7   RICHARD ROE, individually and in | ) |
|      their capacities as Santa Clara police | ) |
| 8   officers, the true names and exact | ) |
|      numbers of whom are unknown at | ) |
| 9   this time; CITY OF SANTA CLARA, | ) |
|      a municipal corporation, | ) |
| 10 | ) |
|             Defendants. | ) |
| 11 | ) |

THE PARTIES HAVING STIPULATED, the Court hereby orders Plaintiff's claims

for punitive damages dismissed as to all Defendants.

DATED: __8/4/2011__                    _Poe S. Ngn_____
                                                          MAGISTRATE JUDGE OF THE UNITED
                                                          STATES DISTRICT COURT