1  JON A. HEABERLIN (SBN 199810)
   **RANKIN, LANDSNESS, LAHDE,**
2    **SERVERIAN & STOCK**
   96 No. Third Street, Suite 500
3  San Jose, California  95112-7709
   (408) 293-0463
4  E-mail: JHeaberlin@rllss.com

5  Attorneys for Defendants
   MIKE SEADLER, ALEX TORKE,
6  ALAN WOLF, STEVEN MAJOROS, TYSON SHEARER,
   TRAVIS NIESEN, MARTIN OVER,
7  DAN WINTER, DEREK RUSH, CITY OF SANTA CLARA,
   and MARK SCHALLER

8

9              IN THE UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

| | |
|---|---|
| 12  NANCY NAVA, | Case No. C 08-3066 PSG |
| 13           Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING THE ENTRY INTO AND USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM** |
| 14  vs. | |
| 15  MIKE SEADLER, individually and in his capacity as a Santa Clara police | |
| 16  officer; CLYDE CHENG, individually and in his capacity as a Santa Clara | Trial Date: August 22, 2011 |
| 17  police officer, ALEX TORKE, individually and in his capacity as a | **Magistrate Judge Paul S. Grewal** |
| 18  Santa Clara police officer; A. WOLF, individually and in his capacity as a | |
| 19  Santa Clara police officer; S. MAJOROS, individually and in his | |
| 20  capacity as a Santa Clara police officer; T. SHEARER, individually | |
| 21  and in his capacity as a Santa Clara police officer; J. FANUCCHI, | |
| 22  individually and in his capacity as a Santa Clara police officer; T. | |
| 23  NIESEN, individually and in his capacity as a Santa Clara police | |
| 24  officer; M. OVER, individually and in his capacity as a Santa Clara police | |
| 25  officer; DAN WINTER, individually and in his capacity as a Santa Clara | |
| 26  police officer; A. LANGE, individually and in his capacity as a Santa Clara | |
| 27  police officer; R. CIRAULO, individually and in his capacity as a | |
| 28  Santa Clara police officer; J. MASTILOCK, individually and in his capacity as a Santa Clara police | |

officer; A. LAYTON, individually and in his capacity as a Santa Clara police officer; J. GREEN, individually and in his capacity as a Santa Clara police officer; D. RUSH, individually and in his capacity as a Santa Clara police officer; F. SAUNDERS, individually and in his capacity as a Santa Clara police officer; D. MACHADO, individually and in his capacity as a Santa Clara police officer; J. OLIVER, individually and in his capacity as a Santa Clara police officer; B. STERKEL, individually and in his capacity as a Santa Clara police officer; JOHN DOE and RICHARD ROE, individually and in their capacities as Santa Clara police officers, the true names and exact numbers of whom are unknown at this time; CITY OF SANTA CLARA, a municipal corporation,

          Defendants.

_____

       The parties hereby submit to the Court a list of the electronic equipment to be used during trial and request the Court enter an Order permitting the following electronic and audio-visual equipment to be used to provide for the display of depositions, demonstratives, exhibits and graphics - all of which will aid the Court and Jury in reviewing the presentations and evidence submitted during trial:

       1)    One Canon Video Visualizer (Commonly referred to as an "Elmo");

       2)    One LCD Projector;

       3)    Three Laptop computers;

       4)    Two External Hard Drives;

       5)    Two Small Tables;

       6)    Two tri-pods;

       7)    Two platen tops for tri-pods;

       8)    A set of portable stereo speakers;

       9)    Large tripod projection screen; and

10) A large bag with various cables, power cords, power strips, and other items for cable safety.

The above listed equipment will be brought into the courtroom and operated by Andrew Lloyd, of Litigation Media Group, LLC, and its designated agents.

The Court has inherent power to manage the proceedings for it and its courtrooms. See United States v. Grace, 526 F.3d 499, 509 (9th Cir. 2008) ("Judges exercise substantial discretion over what happens *inside* the courtroom. [Citations] We have accepted that '[a]ll federal courts are vested with inherent powers enabling them to manage their cases and courtrooms effectively...' [Citations].")

The parties are working together to coordinate the shared use of the equipment (excluding the laptops). The parties jointly request that the Court grant this Application and enter an order permitting Andrew Lloyd of Litigation Media Group, LLC, and its designated agents, to bring and use the above listed equipment into the Courtroom on August 19, 2011.

LAW OFFICES OF ANTHONY BOSKOVICH

DATED: /s/ August 17, 2011

/s/ Anthony Boskovich
ANTHONY BOSKOVICH
Attorneys for Plaintiff

Dated: August 17, 2011

RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK

By: /s/ Jon A. Heaberlin
JON A. HEABERLIN
Attorney for Defendants

**IT IS SO ORDERED.**

DATED: August 18, 2011

_____
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT