JON A. HEABERLIN (SBN 199810)
**RANKIN, LANDSNESS, LAHDE,**
  **SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California 95112
(408) 293-0463
jheaberlin@rllss.com

Attorneys for Defendants
MIKE SEADLER, ALEX TORKE,
ALAN WOLF, STEVEN MAJOROS, TYSON SHEARER,
TRAVIS NIESEN, MARTIN OVER,
DAN WINTER, CITY OF SANTA CLARA,
and MARK SCHALLER

**FILED**

AUG 3 1 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NANCY NAVA,<br><br>  Plaintiff,<br><br>vs.<br><br>MIKE SEADLER, et al,<br><br>  Defendants. | Case No. C08 03066 PSG<br><br>**JUDGMENT** |

Pursuant to the Jury's answers to the *Jury Verdict Form*, which were returned and filed on August 26, 2011:

   1. Based on the Jury's finding, Judgment is hereby entered against Plaintiff Nancy Nava and in favor of Defendants Mike Seadler, Alex Torke, Alan Wolf, Steven Majoros, Tyson Shearer, Travis Niesen, Martin Over, Dan Winter, the City of Santa Clara, and Mark Schaller, on each and all of Plaintiff's claims.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: 8/31/2011

_____
MAGISTRATE JUDGE OF THE UNITED
STATES DISTRICT COURT